

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 8, 2022

U.S. District Court for the Middle District of Georgia
PO Box 128
Macon, GA 31202

Re: Merit Systems Protection Board, AT-844E-16-0508-I-1
Cash v. Central Intelligence Agency, 22-1852

Dear Clerk:

On August 8, 2022, the United States Court of Appeals for the Federal Circuit issued an order transferring this case to your court. Attached is a copy of the order, public docket sheet, and publicly available documents.

Please contact the Clerk's Office at the number above if you need further information regarding this case.

Very truly yours,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: K. Heidrick, Deputy Clerk