FORM 10. Statement Concerning Discrimination

Form 10 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## FED. CIR. R. 15(c) STATEMENT CONCERNING DISCRIMINATION

**Case Number:** 2022-1852

**Short Case Caption:** Cash v. Central Intelligence Agency

**Name of Petitioner:** Marcus Alex Cash

---

**Purpose:** This form is to help determine the proper forum for judicial review of a decision of the Merit Systems Protection Board (MSPB) or an Arbitrator, and in particular, those cases in which the federal employee has attributed the adverse employment action, in whole or in part, to bias based on race, color, religion, sex, age, national origin, or handicapping condition, in violation of federal antidiscrimination laws.

This court, while empowered to review MSPB and Arbitrator decisions dealing solely with civil-service claims, lacks authority to decide matters in which claims arising under federal discrimination laws have been asserted and not abandoned. Rather, the proper forum for judicial review of such matters is a federal district court. This form will assist the court in determining whether it needs to transfer a matter to a district court.

**Instructions:** Complete Section A. Complete Sections B and C only as directed by your answer to Section A.

---

## Section A

Before the MSPB or the Arbitrator, did you argue that the adverse employment action (1) was attributable to discrimination on the basis of race, color, religion, sex, age, national origin, or handicapping condition <u>or</u> (2) was retaliation for pursuing Equal Employment Opportunity activity?

☒ Yes (complete Sections B and C)        ☐ No (ignore Sections B and C)

RECEIVED

JUN 15 2022

United States Court of Appeals
For The Federal Circuit

FORM 10. Statement Concerning Discrimination    Form 10 (p. 2)
                                                July 2020

## Section B

> Complete this section only if you answered "Yes" to the question in Section A.
>
> If you answered "No" to the question in Section A, skip this section.

1. Identify the discrimination claim(s) you raised before the MSPB or Arbitrator.

   > Agency failed to act on my requests for thorough psychiatric evaluation or therapy to explore accommodations for disabilities (panic disorder, depression, PTSD), and then ignored assessments from my own physicians in FERS MDR. Agency denied requests for accommodations of part-time remote work. Agency coerced resignation versus proactively accommodating me or assisting with recommended treatment.

2. Have you filed a discrimination case in a United States district court from the MSPB's or Arbitrator's decision?

   ☐ Yes    ☒ No

   If yes, please identify the case name(s) and number(s) and the status of the case(s) in the box below.

   > No, but I'd like to.

3. Have you filed a discrimination case with the Equal Employment Opportunity Commission from the MSPB's or Arbitrator's decision?

   ☐ Yes    ☒ No

   If yes, please identify the case name(s) and number(s) and the status of the case(s) in the box below.

   > No, but I would like to.

FORM 10. Statement Concerning Discrimination

Form 10 (p. 3)
July 2020

## Section C

> Complete this section only if you answered "Yes" to the question in Section A.
>
> If you answered "No" to the question in Section A, skip this section.
>
> Check <u>only one</u> of the boxes below.

☐ Although I did claim that I was discriminated against before the MPSB or the Arbitrator, I wish to abandon those discrimination claims and only pursue civil-service claims in the Federal Circuit rather than pursuing discrimination claims and civil-service claims in district court. I understand that this means I will not be able to raise the discrimination claims at any later point.

☒ I did claim that I was discriminated against before the MPSB or the Arbitrator and I do <u>not</u> wish to abandon my discrimination claims.

MOTION FOR COURT-APOINTED COUNSEL AND WAIVER OF FEES:

Pursuant to guidance in the MSPB's Final Order (page 14), I wish to MOTION:

1. for court-appointed counsel as "the action involves a claim of discrimination based on...disabling condition" and

2. a "waiving of any requirement of prepayment of fees, costs or other security. See 42USC 2000e-5f and 29USC 794a." (Yet, MSPB denied appellant's request for court-appointed counsel.)

## CERTIFICATION

I certify the above information and any attached sheets (as necessary) are accurate and complete to the best of my knowledge.

Date: 06-08-2022        Signature: _____

                        Name: Marcus Alex Cash

703-944-2487

M. Alex Cash
1081 Summit Oaks Dr
Watkinsville, GA 30677

22-1852

ATLANTA METRO 301
9 JUN 2022 PM 11 L

US Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Bldg.
717 Madison Place N.W.
Washington DC 20439