IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARCUS ALEX CASH, | * |
| Plaintiff, | * |
| v. | Case No.  3:22-cv-00081-CAR |
| | * |
| CENTRAL INTELLIGENCE AGENCY, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 31st day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk